B 265
(1/88)

# United States Bankruptcy Court

__Southern__ District of __New York__

In re:
ALLEGIANCE TELECOM, INC.

Bankruptcy Case No. 03-13057 (RDD)

**Debtor**

ALLEGIANCE TELECOM, INC.

B.C. 04-1963

**04 MBD 10341**

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, clerk of the bankruptcy court of this district do certify that the attached judgment is a true and correct copy of the original judgment entered in the above entitled proceeding on __October 26, 2004__ as it appears of record in my office, and that:
(date)

X No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Bankruptcy 9024, has been filed.

X No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Bankruptcy Rule 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
(date)

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____
(name of court)
_____ issued on _____.
(date)

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
(date)

Kathleen Farrell-Willoughby
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk
11/16/2004
Date

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                            :
In re:                                      :   Chapter 11
                                            :
ALLEGIANCE TELECOM, INC., et al.,           :   Case No. 03-13057(RDD)
                                            :
                        Debtors.            :   Jointly Administered
-------------------------------------------------------------x

BC 04.0634

### ORDER GRANTING MOTION TO COMPEL PERFORMANCE OF BOSTON DATA CENTERS, INC. WITH COURT'S ORDER AND FOR FINDING OF CONTEMPT

Upon the Motion, dated September 7, 2004, For Entry of An Order Compelling Performance In Accordance With Stipulation And Consent Order Regarding the Assumption of an Unexpired Lease of Nonresidential Real Property, the Assignment of Such Lease and Resolution of Objection and Appeal, And For Finding of Contempt and Award of Sanctions (the "Motion") of the Allegiance Telecom Liquidating Trust (the "ATLT"), as supplemented by the Declaration of Christine Kornegay, dated October 19, 2004;[1] and the Court having jurisdiction to consider and determine the Motion as a core proceeding in accordance with the terms of the Amended Stipulation and Consent Order entered on July 29, 2004 (docket number 1602) (the "Stipulation"), and 28 U.S.C. §§ 157 and 1334; and it appearing that the relief requested by the Motion is necessary and in the best interests of the ATLT, these estates, and their creditors; and due notice of the Motion having been provided in accordance with the terms of the Order to Show Cause, including notice to the United States Trustee and Boston Data Centers, Inc., a Nevada Corporation ("BDC") and its counsel; and due notice of the hearing with respect to the

---

[1] Capitalized terms, used but not defined herein, shall have the meanings ascribed to them in the Motion.



Motion (the "Hearing") having been provided by notice dated October 19, 2004, including notice to the affected parties; and it appearing that no other or further notice is necessary; and the Hearing having been held on October 26, 2004; and there being no opposition to the Motion; and sufficient cause appearing therefor; and for the reasons stated by the Court on the record of the Hearing, it is hereby

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that a money judgment in the aggregate amount of $75,000, comprising (i) $60,000 in amounts owing by BDC to the ATLT under the Stipulation, and (ii) $15,000 in attorneys' fees incurred and estimated to be incurred by the ATLT in enforcing the terms of the Stipulation, is hereby entered against BDC; and it is further

ORDERED that upon presentment of this Order to BDC or its counsel, BDC is directed to immediately pay $75,000 to the ATLT; and it is further

ORDERED that the ATLT may do all things necessary to obtain and perfect a judgment lien with respect to the money judgment entered pursuant to this Order, including, without limitation, domesticating such judgment in the Commonwealth of Massachusetts, and/or recording an abstract of judgment with county recorders or similar state offices in the counties and states in which BDC owns property; and it is further

ORDERED that the Court hereby retains jurisdiction pertaining to all matters relating to interpretation or execution of this Order and the Stipulation.

Dated: New York, New York
October 26, 2004

/s/ ROBERT D. DRAIN
ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

I hereby attest and certify on 11/16/04 that this document is a full, true and correct copy of the original filed on the court's electronic case filing system.

Clerk, US Bankruptcy Court, SDNY

By: _____ Deputy Clerk

2