SHEEHAN
PHINNEY
BASS +
GREEN
PROFESSIONAL
ASSOCIATION


ATTORNEYS AT LAW

**MANCHESTER**
1000 ELM STREET
PO BOX 3701
MANCHESTER, NH
03105-3701
T 603 668-0300
F 603 627-8121

**CONCORD**
143 N. MAIN STREET
SUITE 103
CONCORD, NH
03301-5089
T 603 223-2020
F 603 224-8899

**BOSTON**
260 FRANKLIN STREET
SUITE 1901
BOSTON, MA
02110-3112
T 617 897-5600
F 617 439-9363

WWW.SHEEHAN.COM

*Writer's Direct Dial:* **(603) 627-8137**
*mlambert@sheehan.com*
Admitted in New Hampshire and Massachusetts

FILED
CLERKS OFFICE

2005 MAY -5 P 1: 19

U.S. DISTRICT COURT
DISTRICT OF MASS

May 3, 2005

Tony Anastas, Clerk
United States District Court
    For the District of Massachusetts
One Courthouse Way
Boston, MA  02110

04-MC 10341

Re:    **ALLEGIANCE TELECOM INC.**

Dear Clerk Anastas:

On or about November 4, 2004, we registered a Judgment entered by the United States Bankruptcy Court, Southern District of New York, against Boston Data Centers, Inc. with this Court pursuant to 28 U.S.C. §1963. I am enclosing a copy of my cover letter to the Court, as well as the Order of United States Bankruptcy Court, Southern District of New York.

I am writing to request that a Writ of Execution be issued on this Judgment pursuant to Chapter 235 §14 of the General Laws of Massachusetts. Kindly forward the Writ of Execution to my attention at our Manchester, NH office.

Should you have any questions or concerns, please feel free to contact me.

Yours very truly,

Michael J. Lambert

MJL/cal
Enclosure

cc:    Kenneth Davis, Esquire (w/ enc.)