UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04-mc-10341

**FIRST EXECUTION**                              MBD NO._____

To the United States Marshal for the District of Massachusetts or either of his Deputies and to _____, Special Process Server:

WHEREAS   Allegiance Telecome has recovered judgment against   Boston Data Centers, Inc.   in the United States Bankrupcy Court for   Southern District of New York   on the  10th  day of  October, 2004  for the sum of $  75,000  , debt or damage, pre-judgment interest in the amount of $   xxxxx  , and costs of this suit in the amount of $   xxxxx  , as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $ 75,000 , in the whole, with interest thereon at the rate of  2.2%  from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at  Boston  , Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this   6th day of   May, 2005  .



SEAL
(Execution - MBD)

SARAH A. THORNTON
CLERK OF COURT

By: _Mary R Cummings_
Deputy Clerk